IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES ERNST,
                    Appellant,
            vs.
ROSEMARY ERNST,
                    Respondent.

No. 81149

FILED

JUN 2 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S. Young_____
         DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying respondent's motion to re-open discovery regarding appellant's spouse, granting a motion to reopen discovery regarding appellant's finances, denying respondent's motion for a waste judgment against appellant's spouse, and entering judgment against appellant regarding a credit account appellant was previously required to pay. Eighth Judicial District Court, Family Court Division, Clark County; T. Arthur Ritchie, Jr., Judge.

Review of the notice of appeal reveals a jurisdictional defect. Appellant is not aggrieved by the first and third orders. *See* NRAP 3A(a) (allowing an appeal by an aggrieved party); *Valley Bank of Nev. v. Ginsburg*, 110 Nev. 440, 446, 874 P.2d 729, 734 (1994) (defining an aggrieved party as one whose personal or property rights are substantially and adversely affected by a ruling of the district court). Additionally, no statute or court rule authorizes an appeal from the first, second, and fourth orders. *See* NRAP 3A(b)(8); *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"); *Gumm v. Mainor*, 118 Nev. 912, 59 P.3d 1220 (2002)

20-23430

(defining a special order after final judgment). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____ J.
Gibbons

_____ , J.
Stiglich

_____ , J.
Silver

cc:   Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
      Charles Ernst
      Fine Carman Price
      Eighth District Court Clerk